**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 96-1184**

―――――――――

CONSTANCE E. ARTHUR; DELMER ARTHUR, her hus-
band; NATHANIEL ARTHUR, an infant child, by
his natural mother and next friend, Constance
E. Arthur,

Plaintiffs - Appellants,

versus

E. I. DUPONT DE NEMOURS AND COMPANY, INCORPO-
RATED, a Delaware corporation,

Defendant - Appellee.

―――――――――

Appeal from the United States District Court for the Southern Dis-
trict of West Virginia, at Charleston.  John T. Copenhaver, Jr.,
District Judge.  (CA-93-182-2)

―――――――――

Submitted:  June 20, 1996          Decided:  June 28, 1996

―――――――――

Before HALL, WILKINS, and HAMILTON, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Constance E. Arthur, Appellant Pro Se.  David Besserer Thomas,
SPILMAN, THOMAS & BATTLE, Charleston, West Virginia, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellants appeal from the district court's order granting costs to Defendant. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Arthur v. E. I. DuPont de Nemours & Co.</u>, No. CA-93-182-2 (S.D.W. Va. Jan. 18, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2